David H. Griggs, OSB No. 98243
dgriggs@dolangriggs.com
DOLAN GRIGGS & MCCULLOCH LLP
1130 SW Morrison Street, Suite 630
Portland, OR 97205
Telephone: (503) 228-7500
Facsimile: (503) 243-1188

Attorneys for Plaintiff

Paul Buchanan, OSB No. 94055
pbuchanan@stoel.com
Jennifer K.T. Warner, OSB No. 05106
jkwarner@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TINA GILLARD,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST NATURAL GAS COMPANY, and Oregon Corporation,<br><br>Defendant. | Civil No. CV 04 1515 HA<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(ii), the parties hereby stipulate that this case is dismissed with prejudice and without costs or attorneys' fees to any party.

**IT IS SO STIPULATED:**

DOLAN GRIGGS & McCULLOCH LLP

_____
David H. Griggs, OSB No. 98243
Attorney for Plaintiff
Dated: July 20, 2005

STOEL RIVES LLP

_____
Paul Buchanan, OSB No. 94055
Jennifer K.T. Warner, OSB No. 05106
Attorneys for Defendant
Dated: July 21, 2005

Page 1 - STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE